IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LOGAN C. JONES,

    Plaintiff,

v.                                          Case No. 3:20-CV-00716-JDP

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991). On remand, an Administrative Law Judge (ALJ) will offer Plaintiff the opportunity for a new hearing; proceed through the sequential disability evaluation process as appropriate; evaluate any applicable listing at step three; evaluate the opinion evidence as appropriate under the applicable regulations and rules; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

SO ORDERED this _27 TH_ day of _MAY_, 2021.

_____
Honorable James D. Peterson
United States District Judge